# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA – COLUMBIA DIVISION

Norman Patrick English,
Plaintiff, Pro Se,

v.

Sheffield Homeowners' Association, Inc.,
and Mr. Seeley, Attorney for Sheffield HOA,
Defendants.

# COMPLAINT

I. JURISDICTION AND VENUE

This action arises under the Fair Housing Act, the Americans with Disabilities Act, and the Civil Rights Act. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343. Venue is proper in this Court as all events occurred in Lexington County, South Carolina.

II. PARTIES

Plaintiff is an 80% disabled veteran with hearing and mobility impairments residing at 279 Sheringham Road, Columbia, SC. Defendant HOA governs the Sheffield subdivision. Defendant Seeley is counsel for the HOA.

III. FACTUAL BACKGROUND

Plaintiff placed a small shed on the easement adjacent to his property to stabilize a sinking drain and store oxygen tanks and medical equipment. Defendants filed a frivolous lawsuit in state court, submitted false affidavits, retaliated for Plaintiff's HUD complaint, selectively enforced rules, and targeted Plaintiff and his wife as the only interracial couple in the neighborhood.

IV. CLAIMS FOR RELIEF

Count I – Violation of the Fair Housing Act (disability discrimination, retaliation).

Count II – Violation of the ADA (denial of reasonable accommodation).

Count III – Retaliation and Harassment (42 U.S.C. § 3617).

Count IV – Equal Protection / Civil Rights (42 U.S.C. § 1983).

Count V – Abuse of Process (state supplemental claim).

V. RELIEF REQUESTED

Plaintiff requests declaratory judgment, injunctive relief, compensatory and punitive damages, costs, and a jury trial.

Respectfully submitted,

Norman Patrick English
Plaintiff, Pro Se
279 Sheringham Road
Columbia, SC 29212
702-695-1092
SprintData@aol.com

Dated: September 11, 2025